# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MAUREEN COLLINS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>DC GROUP, INC., and JONATHAN FRANK,<br><br>          Defendants. | Court File No. 17-cv-02095-DSD-FLN<br><br>**JOINT MOTION FOR SETTLEMENT APPROVAL** |

Plaintiff Maureen Collins, and Defendants DC Group, Inc. and Jonathan Frank (the "Parties"), by and through their counsel of record, respectfully move the Court for an Order granting the Parties' Joint Motion for Settlement Approval. Specifically, the Parties request that the Court: (1) approve the proposed settlement as a fair, reasonable, and adequate resolution of a bona fide dispute; (2) approve the terms and distribution of payment set forth in the Parties' Settlement Agreement; (3) award Plaintiffs' requested attorneys' fees in the amount of $50,000.00; (4) award Plaintiffs' counsel its out-of-pocket costs in the amount of $1,503.13; (5) approve Plaintiffs' request for a $2,000 service award to the Named Plaintiff Maureen Collins; (6) dismiss this case with prejudice; and (7) retain continuing jurisdiction over this matter for the purposes of resolving issues related to administration, implementation and enforcement of the Settlement Agreement.

Date:  May 21, 2018

| | |
|---|---|
| *s/ Robert L. Schug*<br>Michele R. Fisher<br>MN Bar No. 303069<br>Robert L. Schug<br>MN Bar No. 0387013<br>fisher@nka.com<br>schug@nka.com<br>NICHOLS KASTER, PLLP<br>4600 IDS Center, 80 S. 8th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 215-6870<br><br>COUNSEL FOR PLAINTIFFS | *s/ Eric D. Satre*<br>Eric D. Satre<br>MN Bar No. 183015<br>esatre@satrelaw.com<br>SATRE LAW FIRM<br>Jackson Street Executive Suites<br>375 Jackson Street – Suite 402D<br>St. Paul, MN  55101<br>Telephone: (651)212-4919<br>Facsimile: (651) 212-4203<br><br>COUNSEL FOR DEFENDANTS |