# EXHIBIT 3

| **Summary of Costs** |
| :---: | :---: | :---: |
| *Collins v. DC Group, Inc.*, 17-cv-02095-DSD-FLN |
| **Category** | **Amount** | **Description** |
| Legal Research | $93.81 | Westlaw |
| Court Filing Fees | $460.00 | Costs associated with court filing fees and legal service |
| Mediation | $54.78 | Lunch for all parties during mediation |
| PACER | $.90 | PACER |
| Postage | $68.98 | Costs associated with postage for mailings, including judicial notice and other mailings |
| Judicial Notice and Reminders | $195.53 | Costs associated with the creation and printing of judicial notice and reminder postcards |
| Press Release and Class Outreach | $683.19 | Press release and other client and class member outreach |
| Travel | $9.00 | Cost for parking for travel to Defendants' counsel's office for Rule 26(f) Conference |
| **Total** | **$1,566.19** | |