# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MAUREEN COLLINS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>DC GROUP, INC., and JONATHAN FRANK,<br><br>　　　　　　　　　　　Defendants. | Court File No. 17-cv-02095 FLN<br><br>**ORDER GRANTING<br>JOINT MOTION FOR<br>SETTLEMENT APPROVAL** |

This matter came before the Court on the parties' Joint Motion for Settlement Approval. Having reviewed the parties' submission, the Motion is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that,

1. The parties' Joint Motion for Settlement Approval is **GRANTED**;

2. The parties' Settlement Agreement is **APPROVED** as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The parties' proposed settlement terms and distribution of payment set forth in the Settlement Agreement are **APPROVED**;

4. Plaintiffs' Counsel's request for attorneys' fees in the amount of $50,000.00 is hereby **GRANTED**;

5. Plaintiffs' Counsel's request for reimbursement of out-of-pocket litigation costs in the amount of $1,503.13 is **GRANTED**;

6. Plaintiffs' request for a service award to Named Plaintiff Maureen Collins in the amount of $2,000.00 is **GRANTED**;

7. The Court retains jurisdiction over this matter for purposes of resolving issues related to administration, implementation, and enforcement of the Settlement Agreement; and

8. This case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: May 24, 2018         *s/Franklin L. Noel*
Honorable Franklin L. Noel
United States Magistrate Judge